UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMPA BAY AMERICANS WITH
DISABILITIES ASSOCIATION, INC.;
a not-for-profit Florida corporation, and
VIVIAN PETERS,

    Plaintiffs,

v.        Case No.: 8:06-cv-318-T-27MAP

NANCY MARKOE GALLERY, INC.;
a Florida corporation, and NANCY MARKOE,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause came on for consideration upon Plaintiffs' Motion to Strike Defendants' Motion to Dismiss for Lack of Jurisdiction on the Subject Matter (doc. 31) and Defendants' Motion to Strike Declarations of Frederick A. Shotz and Vivian Peters (doc. 32). For the reasons stated in the May 3, 2007, Amended Report and Recommendation, I recommend that both motions be denied as moot.[1]

Accordingly, it is

RECOMMENDED:

1.    Plaintiffs' Motion to Strike Defendants' Motion to Dismiss for Lack of Jurisdiction on the Subject Matter (doc. 31) be DENIED as moot.

2.    Defendants' Motion to Strike Declarations of Frederick A. Shotz and Vivian Peters (doc. 32) be DENIED as moot.

---

[1] The district judge referred the matter to me for a report and recommendation (doc. 33). *See* 28 U.S.C. § 636 and Local Rule 6.01(b).

IT IS SO REPORTED at Tampa, Florida, on May 4, 2007.

*[signature: Mark A. Pizzo]*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file and serve written objections to the proposed findings and recommendations contained in this report within ten days from the date it is served on the parties shall bar an aggrieved party from a *de novo* determination by the district court of issues covered in the report. It shall also bar the party from attacking on appeal the factual findings in the report accepted or adopted by the district court except upon grounds of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(c); Local Rule 6.02; *Nettles v. Wainwright,* 677 F.2d 404 (5th Cir. 1982) (*en banc*).

cc:   The Honorable James D. Whittemore
       Counsel of Record